■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORAL DAWKINS, Appellant. [927 NYS2d 797]—

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, the resentencing to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]). Angiolillo, J.P., Florio, Leventhal and Miller, JJ., concur.